IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>NATHAN TINSTMAN, AS ADMINISTRATOR OF THE ESTATE OF MARC RICHARD TINSTMAN; NATHAN TINSTMAN, AS ADMINISTRATOR OF THE ESTATE OF TERRI GAIL TINSTMAN; JOSEPH ESTEP, JEREMIAH L. KEMP, WESTFIELD INSURANCE, AS SUBROGEE OF JEREMIAH L. KEMP; ENVIROSERVE, INC., GOVERNMENT EMPLOYEES INSURANCE COMPANY, AS SUBROGEE OF MARC RICHARD TINSTMAN AND TERRI GAIL TINSTMAN;<br><br>Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 2:23-CV-01557-CBB<br><br>CHRISTOPHER B. BROWN<br>UNITED STATES<br>MAGISTRATE JUDGE |

**ORDER**
**ON MOTION TO DISMISS ECF No. 39**

AND NOW, this 8th day of August, 2024,

Upon consideration of Defendants' motion to dismiss ECF No. 39, it is HEREBY ORDERED that said motion is **DENIED** in part and **HELD IN ABEYANCE** in part as follows: the motion to dismiss is denied on the basis of abstention under *Younger v. Harris*, 401 U.S. 37 (1971) and held in abeyance pending supplemental briefing to consider whether the abstention principals derived from

1

*Colorado River Water Conservation Dist. v. United States,* 424 U.S. 800 (1976) or *Brillhart v. Excess Ins. Co. of Am.*, 316 U.S. 491 (1942) applies. Defendants shall file a supplemental brief within fourteen days of this Order. Plaintiff's response is due fourteen days thereafter. Should Defendants fail to file a supplemental brief, the motion to dismiss based on *Colorado River* abstention will be denied.

IT IS FURTHER ORDERED that Plaintiff shall file a motion consistent with the Local Rules of this Court within seven days of this Order to deposit the interpleaded funds into the Court Registry.

BY THE COURT:

s/CHRISTOPHER B. BROWN
CHRISTOPHER B. BROWN
UNITED STATES MAGISTRATE JUDGE

cc:   all counsel of record via CM/ECF