IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

|  |  |  |
|---|---|---|
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No.: 2:23-CV-01557-CBB |
| vs. | ) ) ) | |
| NATHAN TINSTMAN, AS ADMINISTRATOR OF THE ESTATE OF MARC RICHARD TINSTMAN; *et al.*,; | ) ) ) ) ) | Christopher B. Brown United States Magistrate Judge |
| Defendants. | ) | |

## <u>ORDER ON MOTION TO DISMISS ECF NO. 39</u>

AND NOW, this 16th day of December, 2024,

Upon consideration of Defendants' motion to dismiss for lack of jurisdiction ECF No. 39, it is HEREBY ORDERED that said motion is **GRANTED** and Plaintiff's claims are dismissed with prejudice.

IT IS FURTHER ORDERED that Plaintiff's motion to deposit funds into the Court's registry ECF No. 62 is DENIED AS MOOT.

A Fed. R. Civ. P. 58 Judgment Order follows.

BY THE COURT:

s/Christopher B. Brown
United States Magistrate Judge

1